# COMPLAINT FORM
(for filers who are prisoners without lawyers)
(revised 6/12/2024)

IN THE UNITED STATES DISTRICT COURT
FOR THE __SOUTHERN__ DISTRICT OF __INDIANA__

**Demand for Jury Trial**    ☐ Yes  ☑ No

_____

(Full name of plaintiff(s))

VINCENT BUTLER, JR.

v.

(Full name of defendant(s))

DERK FELL; Sheriff

Charles Funk; Jail Commander

Officer Pine, Pod N Officer

Case Number:

2:25-cv-523-MPB-MKK

(to be supplied by clerk of court)

A. PARTIES

1. Plaintiff is a citizen of __Indiana__, and is located at
(State)

__600 W. Honey Creek Drive, Terre Haute, IN. 47802__
(Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper).

Complaint - 1

② Defendant: Charles Funk; Jail Commander
Address: Unknown
State: Indiana
Works for: Sheriff's Office, 600 W. Honeycreek Drive, Terre Haute, IN. 47802

③ Officer Pine; Defendant
Address: Unknown
State: Indiana
Works for: Sheriff's Office, 600 W. Honeycreek Drive, Terre Haute, IN. 47802

B. Defendant <u>Derk Fell; Sheriff</u>
(Name)
is (if a person or private corporation) a citizen of <u>Indiana</u>
(State, if known)
and (if a person) resides at <u>Unknown</u>
(Address, if known)
and (if the defendant harmed you while doing the defendant's job)

worked for <u>Sheriff's Office, 600 W. Honeycreek Dr., Terre Haute, IN 47802</u>
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

C. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

Due to the negligence of Sheriff Derk Fell, Commander Charles Funk, and Officer Pine of the Vigo County Jail failing to place wet floor signs or notifying Defendant Vincent Butler Jr. of "puddles" on the floor on October 2, 2025 at approximatly 7:45 p.m., in view of security cameras, causing Defendant Vincent Butler Jr. to slip and fall, injuring his wrist, hip, back and neck. Defendant Vincent Butler Jr. is 58 years old with fragile bones and due

Complaint - 2

to afore-mentioned negligence is causing extreme pain in the extremities with minimal medical care; ie: just a wrist wrap (ace-bandage) for wrist.

D.     **JURISDICTION**

[✓]   I am suing for a violation of federal law under 28 U.S.C. § 1331.

         OR

[ ]   I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

E.     **RELIEF WANTED**

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

Defendant Vincent Butler Jr. is suing to ensure that wet floor signs are placed on wet floors and for the sum of $2,000,000.00 for pain, suffering, and mental anguish.

Dated this __16__ day of __October__ 20__25__

Respectfully Submitted,

*Vincent Butler Jr*
Signature of Plaintiff

#29847
Plaintiff's Prisoner ID Number

600 W. Honeycreek Drive
Terre Haute, IN. 47802
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

F.   **OPTIONAL CERTIFICATION**

Under penalty of perjury, I declare that the facts alleged in this complaint are true and correct to the best of my knowledge and belief.

*Vincent Butler Jr*
Signature of Plaintiff

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☐   I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☑   I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Vincent Butler
600 W. Honey Creek Dr.
Terre Haute Ind. 47802

FILED
OCT 22 2025
U.S. CLERK'S OFFICE

U.S. Courthouse
921 Ohio Street
Terre Haute Ind.
47807

INDIANAPOLIS IN 460
21 OCT 2025 AM 7 L

UNITED STATES MARSHAL
PACKAGE SCREENED BY
X-RAY/MAGNETOMETER